IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SUSAN Y. COOK                                                                                          PLAINTIFF

V.                                    Case No. 4:10-cv-04146

MICHAEL J. ASTRUE                                                                                    DEFENDANT
Commissioner, Social Security Administration

## ORDER

Before the Court is the Report and Recommendation filed on November 8, 2011 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 16). Judge Bryant recommends that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act ("EAJA") be **GRANTED**. Defendant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

The Court, being well and sufficiently advised in this matter, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, this Court finds Plaintiff is entitled to compensation under the EAJA in the amount of $6,007.10. This award represents 32.7 hours of attorney work at an hourly rate of $173.00 in addition to $350.00 in costs. This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

The Parties are reminded that the award herein under the EAJA will be taken into account at such time as a reasonable fee is determined pursuant to 42 U.S.C. § 406 in order to prevent double recovery by counsel for Plaintiff.

**IT IS SO ORDERED, this 20th day of December, 2011.**

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
UNITED STATES DISTRICT JUDGE